UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **25-CR-60014-LEIBOWITZ/AUGUSTIN-BIRCH**

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

v.

**EDWARD MCINTOSH,**

Defendant.
_____/

FILED BY BM D.C.
Jan 29, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

On or about October 15, 2021, in Broward County, in the Southern District of Florida, in a matter within the jurisdiction of the United States Department of Veterans Affairs, an agency of the executive branch of the United States Government, the defendant,

**EDWARD MCINTOSH,**

did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in that the Defendant stated in a VA Form 21-8940, "Veteran's Application for Increased Compensation Based on Unemployability," that the date he last worked full-time was May 15, 2018, when in truth and in fact, and as the Defendant then and well knew, he continued to work full-time after May 15, 2018, including on October 15, 2021, in violation of Title 18, United States Code, Section 1001(a)(2).

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

DANIEL ROSENFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-60014-LEIBOWITZ/AUGUSTIN-BIRCH

v.

EDWARD MCINTOSH,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
- ☐ Miami
- ☒ FTL
- ☐ Key West
- ☐ WPB
- ☐ FTP

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: *[signature]*

DANIEL ROSENFELD
Assistant United States Attorney
Court ID No.     A5503081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ___EDWARD MCINTOSH___

**Case No**: _____

Count #: 1

False Statement to a Federal Agency

Title 18, United States Code, Section 1001(a)(2)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **25-CR-60014-LEIBOWITZ/AUGUSTIN-BIRCH** |
| EDWARD MCINTOSH, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICK HERMIDA
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*